MICHAEL WHITEHEAD,

      Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Respondent.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2849

Opinion filed March 5, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

Michael Whitehead, pro se, Petitioner.

Sarah Rumph, General Counsel, and Mark Hiers, Assistant General Counsel, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.